# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129815(51)

CLARK HILL, PLC,
        Plaintiff-Appellee,

v

TRACY KATZ,
        Defendant-Appellant.

SC: 129815
COA: 261480
Oakland CC: 2004-058339-CK

_____/

On order of the Court, the motion for reconsideration of this Court's order of May 30, 2006 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

Clerk

d0821